No. 272 April 1, 2026 261

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Shane Alexander KELLER,
*Plaintiff-Respondent,*

*v.*

OREGON HEALTH AUTHORITY,
*Defendant-Appellant.*

Washington County Circuit Court
24CN05177; A187193 (Control)

Shane Alexander KELLER,
*Plaintiff-Respondent,*

*v.*

OREGON STATE HOSPITAL,
*Defendant-Appellant.*

Washington County Circuit Court
24CN05178; A187395

Rebecca D. Guptill, Judge. (Judgment entered March 28, 2025; judgment entered April 17, 2025)

Submitted February 13, 2026.

Dan Rayfield, Attorney General, Benjamin Gutman, Interim Deputy Attorney General, and Jose Garcia-Fuerte, Assistant Attorney General, filed the brief for appellants.

No appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Reversed. *Lopez v. Oregon State Hospital*, 342 Or App 190, 196-99, 575 P3d 1061 (2025).[1]

_____

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.